SEAN KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org
YASMIN CADER (No. 250762)
Deputy Federal Public Defender
(E-mail: Yasmin_Cader@fd.org)
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4206
Telephone (213) 894-7560
Facsimile (213) 894-0081

Attorneys for Defendant
CODY KRETSINGER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 11-848-JAK |
|---|---|
| Plaintiff, | ) **DECLARATION BY DEFENDANT** |
| | ) **FOR TRAVEL EXPENSES** |
| v. | ) **PURSUANT TO 18 U.S.C. § 4285** |
| CODY KRETSINGER, | ) |
| Defendants. | ) |

  Defendant, Cody Kretsinger, through the Office of the Federal Public Defender, hereby provides the attached declaration, per the Court's request.

                Respectfully submitted,

                SEAN KENNEDY
                Federal Public Defender

DATED: April 3, 2012       By  /S/ Yasmin Cader
                YASMIN CADER
                Deputy Federal Public Defender

I, Cody Kretsinger, hereby state and declare as follows:

1. I am the defendant in this case.
2. I am currently unemployed and am living at home with my parents.
3. I do not have any savings or any income of any kind.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: April 3, 2012

_____
CODY KRETSINGER

1